UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22CR387 HEA |
| AKAI AIKENS, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This matter is before the Court on the Reports and Recommendations of Magistrate Judge John M. Bodenhausen addressing Defendant's Motion to Suppress Evidence, [Doc. No. 77]. In his February 9, 2024 Report and Recommendation, Judge Bodenhausen recommended that Defendant's Motion be denied. Defendant has not filed written objections to this recommendation.

Judge Bodenhausen thoroughly analyzes the law and facts in this matter. His recommendation is based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence, [Doc. No. 42] is **denied**.

Dated this 9th Day of April, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE